| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Local Telephone: 973-575-0707<br>Attorneys For Secured Creditor<br><br><br>Shauna Deluca, Esq. (SD-8248) | Order Filed on August 12, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br><br><br><br>Case No.: 13-23016 |
| **In Re:**<br><br>Susan Kocher,<br>    Debtor.<br>Gregory Kocher,<br>    Joint Debtor. | Chapter: 13<br><br>Hearing Date: August 12, 2020<br><br>Judge: Michael B. Kaplan |

## ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: August 12, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**

Debtor(s): Susan Kocher and Gregory Kocher
Case No.: 13-23016-KCF
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**
_____

The court having reviewed the Motion to Redact a Previously Filed Document filed in this case by PNC Bank NA and regarding the following documents:

   (1)  Proof of Claim filed on June 29, 2013 as Claim No. 1-1 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to Fed. R. Bankr. P 9037 (h)(2), the Movant shall refile the correctly redacted documents with the court.

United States Bankruptcy Court
District of New Jersey

In re:  
Susan Kocher  
Gregory Kocher  
    Debtors

Case No. 13-23016-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 13, 2020  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2020.  
db/jdb         +Susan Kocher,    Gregory Kocher,    11 Silver Lane,    Plainsboro, NJ 08536-1114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2020 at the address(es) listed below:  
          Albert    Russo    docs@russotrustee.com  
          Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
          Alexandra T. Garcia     on behalf of Creditor    Quicken Loans Inc. NJECFMAIL@mwc-law.com,  
          nj-ecfmail@ecf.courtdrive.com  
          Celine P. Derkrikorian     on behalf of Creditor    Quicken Loans Inc. njecfmail@mwc-law.com  
          Kevin C. Fayette     on behalf of Debtor Susan    Kocher kfayette@kevinfayette.com  
          Kevin C. Fayette     on behalf of Joint Debtor Gregory    Kocher kfayette@kevinfayette.com  
          Kevin Gordon McDonald     on behalf of Creditor    Quicken Loans Inc. kmcdonald@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
          Shauna M Deluca     on behalf of Creditor     PNC BANK, N.A. sdeluca@rasflaw.com  
                                                                                                                 TOTAL: 8